In the Matter of RADISLAW BLAZIC, Appellant, v ROBERT DENNISON, as Chair of the New York State Division of Parole, Respondent.

Submitted October 4, 2010; decided November 30, 2010

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]).